IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Heard, Carolyn

Printed: 12/28/07

Case Number: 07 B 12905
Judge: Wedoff, Eugene R
Filed: 7/19/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: November 1, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,404.35 |  |
| Secured: |  | 380.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,894.51 |
| Trustee Fee: |  | 129.84 |
| Other Funds: |  | 0.00 |
| Totals: | 2,404.35 | 2,404.35 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,914.00 | 1,894.51 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Regional Acceptance | Secured | 8,250.00 | 350.00 |
| 4. | City Of Chicago | Secured | 640.00 | 30.00 |
| 5. | Select Portfolio Servicing | Secured | 2,605.00 | 0.00 |
| 6. | Illinois Lending Corporation | Unsecured | 1,975.65 | 0.00 |
| 7. | AmeriCash Loans, LLC | Unsecured | 34.65 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 385.86 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 397.91 | 0.00 |
| 10. | Direct Charge | Unsecured | 40.19 | 0.00 |
| 11. | Midnight Velvet | Unsecured | 9.40 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 25.41 | 0.00 |
| 13. | Capital One | Unsecured | 1,593.03 | 0.00 |
| 14. | Americash Loans | Unsecured | 159.57 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 43.41 | 0.00 |
| 16. | Regional Acceptance | Unsecured | 150.34 | 0.00 |
| 17. | Norwest Capital Investment | Unsecured | 222.48 | 0.00 |
| 18. | AmeriCash Loans, LLC | Unsecured | 152.51 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 38.71 | 0.00 |
| 20. | Portfolio Recovery Associates | Unsecured | 95.53 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 48.51 | 0.00 |
| 22. | Capital One | Unsecured | 1,527.91 | 0.00 |
| 23. | City Of Chicago | Unsecured | 2.60 | 0.00 |
| 24. | First Consumers National Bank | Unsecured |  | No Claim Filed |
| 25. | Chase | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Heard, Carolyn | Case Number: 07 B 12905 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/28/07 | Filed: 7/19/07 |

| | | | |
|---|---|---|---|
| 26. Payday Loan | Unsecured | | No Claim Filed |
| 27. OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 21,312.67 | $ 2,274.51 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 129.84 |
| | _____ |
| | $ 129.84 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____